

_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| GEORGE ARTHUR MAXFIELD : | Case No. 04-27599PM |
| BETSY JOY MAXFIELD : | Chapter 7 |
| : | |
| Debtors : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | |
| BETSY JOY MAXFIELD : | |
| GEORGE ARTHUR MAXFIELD : | |
| Movants : | |
| vs. : | |
| : | |
| DISCOVER CARD : | |
| DISTRICT COURT OF MARYLAND : | |
| Respondents : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - : | |

## MEMORANDUM OF DECISION

The Debtors' Motion for Contempt charges that Discover Card and its representatives are in contempt of the discharge injunction of 11 U.S.C. § 524(a) on account of their failure to remove various judgment liens from the Land Records of Calvert County, Maryland. These liens appear to have been recorded prior to the filing on July 26, 2004, of Debtors' bankruptcy case under Chapter 7.

The Motion will be denied. An unchallenged lien survives the bankruptcy discharge of a debtor. While the underlying debt is discharged as a personal obligation of the debtors, the lien may be enforced by a proceeding *in rem*. *Cen-Pen Corporation v. Hanson*, 58 F.3d 89, 93-94

(CA4 1995). Unless a lien is avoided by a specific provision of the Bankruptcy Code or an order of the Bankruptcy Court, the lien is said to "ride through" the case and remain impressed upon the property after its conclusion. *In re Drazenovich*, 292 B.R. 101, 108 (BC Md. 2003).

cc:
George/Betsy Maxfield, 3950 Dalrymple Road, Chesapeake Beach, MD 20732
Discover Card
   (1) c/o Robert J. Burstein, Esq., 702 King Farm Blvd, Rockville, MD 20850
   (2) c/o Stephen Peroutka, Esq., 8028 Ritchie Hwy., Suite 300, Pasadena, MD 21122
Clerk, District Court of Calvert County, 300 Duke Street, Prince Frederick, MD 20678